| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMPSON, MYRON H. | 2. Court or Organization<br><br>US DISTRICT COURT/MIDDLE DISTRICT/AL | 3. Date of Report<br><br>08/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>ONE CHURCH STREET<br>P.O. BOX 235<br>MONTGOMERY, AL 36101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | YALE LAW & POLICY REVIEW ADVISORY BOARD |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 4/2/2014 to 4/4/2014 | New Haven, CT | Educational Activities exclusive of judicial education | Transportation. meals and hotel |
| 2. | Yale Law School | 11/10/2014 to 11/12/2014 | New Haven, CT | Educational Activities exclusive of judicial education | Transportation. meals and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **THOMPSON, MYRON H.** | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 4. Vanguard Index Funds Mid CAP ETF (VO) | A | Dividend | J | T | | | | | |
| 5. Vanguard Index Funds Small CAP Grwth (VBK) | A | Dividend | J | T | | | | | |
| 6. Vanguard Sector Index Fd Finacials ETF (VPH) | A | Dividend | J | T | | | | | |
| 7. Seadrill LTD US Line (SDRL) | A | Dividend | | | Sold | 09/26/14 | J | A | |
| 8. Altria Group Inc. (MO) | A | Dividend | | | Sold | 03/12/14 | J | A | |
| 9. Gilead Sciences Inc. (GILD) | | None | J | T | | | | | |
| 10. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 11. PVH Corp Com (PVH) | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 12. PIMCO Fundamental Index Plus AR Strategy Fund A (MFPIFK) | A | Dividend | | | Sold | 07/14/14 | J | | |
| 13. PIMCO Small Caps Stock Plus AR Strategy Fund A (MFPIGR) | A | Dividend | | | Sold | 07/14/14 | J | | |
| 14. Jazz Pharmaceuticals Plc (JAZZ) | | None | J | T | | | | | |
| 15. Apollo Global Mgmt LLC Cl A (APO) | A | Dividend | J | T | | | | | |
| 16. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | | | | | |
| 17. HCI Group Inc Com (HCI) | A | Dividend | | | Sold | 09/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | Buy (add'l) | 03/12/14 | J | | |
| 19. Polaris Industries Inc (MINN) | A | Dividend | J | T | | | | | |
| 20. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 21. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 22. Wabtec Inc (WAB) | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 23. Vanguard Index Funds Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 24. Royal BK Scotland Group Plc ADS Pref Shs (RBSPRF) (Y) | | | | | | | | | |
| 25. PIMCO Fundamental Index Plus AR Strategy Fund P (MFPIFKS) | B | Dividend | J | T | Buy | 07/14/14 | J | | |
| 26. PIMCO Small Caps Stock Plus AR Strategy Fund P (MFPIGV) | B | Dividend | J | T | Buy | 07/14/14 | J | | |
| 27. Alibaba Group Hldgs Ltd Spon ADR (BABA) | | None | J | T | Buy | 11/04/14 | J | | |
| 28. HD Supply Holdings Inc. (HDS) | | None | J | T | Buy | 05/12/14 | J | | |
| 29. Magna Intl Inc Cl A Sub Vtg Canada (MGA) | A | Dividend | J | T | Buy | 11/05/14 | J | | |
| 30. IRA #2 | | | | | | | | | |
| 31. Genworth Financial Inc Al A (GNW) | | None | | | Sold | 01/30/14 | J | B | |
| 32. Ishares Trust U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 33. Auxlilum Pharmaceuticals Inc. (AXL) | | None | | | Buy | 01/30/14 | J | | |
| 34. | | | | | Sold | 11/07/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alibaba Group Hldg Ltd Spon (BABA) | | None | J | T | Buy | 11/07/14 | J | | |
| 36. IRA #3 | | | | | | | | | |
| 37. Whole Foods Market Inc. (WFM) | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 38. McDonalds Corp (MCD) | | None | | | Sold | 01/17/14 | J | A | |
| 39. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 40. Vanguard Index Funds Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 41. Vanguard Index Funds Funds Small Cap Grwth ETF(VBK) | A | Dividend | J | T | | | | | |
| 42. Vanguard Sector Index Fd Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 43. Wisdomtree Trust Japan Hedged Equity Fd (DXJ) | | None | | | Sold | 01/17/14 | J | A | |
| 44. Seadrill Ltd Us Line (SDRL) | A | Dividend | | | Sold | 09/26/14 | J | A | |
| 45. Altria Group Inc. (MO) | | None | | | Sold | 03/12/14 | J | A | |
| 46. Hartford Financial Services Group Inc. (HIG) | A | Dividend | J | T | | | | | |
| 47. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | | | | | |
| 48. PVH Corp Com (PVH) | | None | | | Sold | 05/09/14 | J | A | |
| 49. Rydex Biotechnology Fund Cl A (RYBOX) | A | Dividend | J | T | | | | | |
| 50. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | | | Sold | 07/14/14 | J | | |
| 51. Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | | None | | | Sold | 04/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royal BK Scotland GroupPLC (RBS.PRF) | A | Dividend | J | T | | | | | |
| 53. Jazz Pharmaceuticals Plc (JAZZ) | | None | J | T | | | | | |
| 54. Apollo Global Mgmt LLC Cl A (APO) | A | Dividend | J | T | | | | | |
| 55. Las Vegas Sands Corp (LVS) (Y) | | | | | | | | | |
| 56. Nike Inc CL B (NKE) | A | Dividend | J | T | | | | | |
| 57. Polaris Industries Inc, (MINN) | A | Dividend | J | T | | | | | |
| 58. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 59. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | | | | | |
| 60. Air Lease Corp (AL) | A | Dividend | J | T | Buy | 05/22/14 | J | | |
| 61. Gilead Sciences Inc (GILD) | | None | J | T | Buy | 01/17/14 | J | | |
| 62. HD Supply Holdings Inc (HDS) | | None | J | T | Buy | 05/12/14 | J | | |
| 63. Pimco Fundamental Index Plus AR Fund P (PIXAX) | A | Dividend | J | T | Buy | 07/14/14 | J | | |
| 64. Wabtec Inc. (WAB) | A | Dividend | J | T | Buy | 03/12/14 | J | | |
| 65. Wynn Resorts Ltd (WYNN) | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 66. Salient Midstream & MLP (SMM) | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 67. Pimco Eq Long/Short Fund Cl A (PMHAX) | | None | | | Buy | 01/22/14 | J | | |
| 68. | | | | | Sold | 07/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Eq Long/Short Fund Cl P (PMHAX) | | None | | | Buy | 07/14/14 | J | | |
| 70. | | | | | Sold | 08/29/14 | J | A | |
| 71. TRW Automotive Holdings Corp (TRW) | | None | J | T | Buy | 08/29/14 | J | | |
| 72. Alibaba Group Hldg Ltd SPon ADR (BABA) | | None | J | T | Buy | 11/04/14 | J | | |
| 73. IRA #4 | | | | | | | | | |
| 74. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 75. Gabelli Glb Small & Md Cao Val Tr (GGX) | | None | J | T | Spinoff (from line 74) | 06/24/14 | J | | |
| 76. ESA #1 | | | | | | | | | |
| 77. UBS Education IRA | B | Distribution | J | T | | | | | |
| 78. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | Sold (part) | 10/15/14 | J | A | |
| 79. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 80. ESA #2 | | | | | | | | | |
| 81. UBS Education IRA | C | Distribution | J | T | | | | | |
| 82. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | Sold (part) | 10/06/14 | J | A | |
| 83. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 84. Ford Motor Com Com New (F) | A | Dividend | | | Sold | 10/06/14 | J | A | |
| 85. Brokerage Acct #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UBS Bank USA Dep Account (X) | A | Interest | J | T | | | | | |
| 87. McDonalds Corp (MCD) | | None | | | Sold | 01/17/14 | J | A | |
| 88. IShares MSCI South Korea Index (EWY) | | None | | | Sold | 01/17/14 | J | A | |
| 89. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 90. Vanguard Index Funds Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 91. Vanguard Index Funds Small Cap Grwth ETF (VBK) | A | Dividend | J | T | | | | | |
| 92. Vanguard Sector Index Fund Financials (VFH) | A | Dividend | J | T | | | | | |
| 93. Seadrill Ltd US Line (SDRL) | A | Dividend | | | Sold | 09/26/14 | J | A | |
| 94. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 95. Gilead Sciences Inc (GILD) | | None | J | T | Buy (add'l) | 08/17/14 | J | | |
| 96. Hartford Financial Services Group Inc (HIG) | A | Dividend | J | T | | | | | |
| 97. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 98. PVH Corp Com (PVH) | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 99. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 100. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | | | Sold | 07/14/14 | J | | |
| 101. Pimco Small Caps Stock Plus AR Stategy Fund A (PCKAX) | A | Dividend | | | Sold | 07/14/14 | J | | |
| 102. Rydex Biotechnology Fund Cl A (RYBOX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Royal BK Scotland Group PLC 7.65% Pref Spon ADR (RBSPRF) | B | Dividend | L | T | Buy (add'l) | 06/26/14 | L | | |
| 104. | | | | | Sold (part) | 07/07/14 | K | A | |
| 105. Grupo Televisa SA De CV Global Dep (TV) | A | Dividend | J | T | | | | | |
| 106. Vodafone Group PLC New Spon ADR (VOD) | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 107. Allegion Plc (ALLE) | A | Dividend | J | T | | | | | |
| 108. Ingersoll-Rand PLC (IR) | A | Dividend | J | T | | | | | |
| 109. Jazz Pharmaceuticals PLC (JAZZ) | | None | J | T | | | | | |
| 110. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | | | | | |
| 111. HCI Group Inc Com (HCI) | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 112. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | | | | | |
| 113. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 114. Verizon Communications Inc (VZ) | A | Dividend | J | T | | | | | |
| 115. Visa Inc Cl A (V) | A | Dividend | J | T | | | | | |
| 116. Wabtec Inc (WAB) | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 117. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 118. Nike Inc Cl B (NKE) | A | Dividend | J | T | | | | | |
| 119. LKQ Corp New (LKQ) | | None | | | Sold | 01/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Whole Foods Market Inc (WFM) | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 121.  Wisdomtree Trust Japan Hedged Eq Fd (DXJ) | | None | | | Sold | 01/17/14 | J | A | |
| 122.  Pimco Eqs Long/Short Fund Cl A (PMHAX) | | None | | | Buy | 01/22/14 | J | | |
| 123. | | | | | Sold | 07/14/14 | J | | |
| 124.  Pimco Fundamental Index Plus AR Fund P (PIXAX) | B | Dividend | K | T | Buy | 07/14/14 | J | | |
| 125. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 126.  Pimco Small Caps Stock Plus AR Stategy Fund P (PCKAX) | B | Dividend | J | T | Buy | 07/14/14 | J | | |
| 127. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 128.  Vodafone Group Plc Son ADR (VOD) | A | Dividend | | | Buy | 02/27/14 | J | | |
| 129. | | | | | Sold | 07/11/14 | J | A | |
| 130.  Pimco Eqs Long/Short Fund Cl P (PMHAX) | | None | | | Buy | 07/14/14 | J | | |
| 131. | | | | | Sold | 08/29/14 | J | A | |
| 132.  Virtus Multi Sector Short Term Bond Fund (MFVPEI) | A | Dividend | L | T | Buy | 06/26/14 | L | | |
| 133.  Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 134.  TRW Automotive Holdings Corp (TRW) | | None | J | T | Buy | 08/29/14 | J | | |
| 135.  Berkshire Hathaway Inc New (BRKB) | | None | J | T | Buy | 09/24/14 | J | | |
| 136.  Air Lease Corp (AL) | A | Dividend | J | T | Buy | 05/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Account #2 | | | | | | | | | |
| 138. IShares MSCI Singapore ETF (EWS) | A | Dividend | J | T | | | | | |
| 139. Brokerage Account #3 | | | | | | | | | |
| 140. Gabelli Dividend & Income Trust (GDV) | A | Dividend | | | Sold | 04/11/14 | J | | |
| 141. Corning Inc. (GLW) | A | Dividend | | | Sold | 04/11/14 | J | | |
| 142. IShares MSCI Germany ETF (EWG) | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 143. Ford Motor Company Com New (F) | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 144. Regions Bank Account #1 | A | Interest | J | T | | | | | |
| 145. Regions Bank Account #2 | A | Interest | J | T | | | | | |
| 146. Regions Bank Account #3 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| THOMPSON, MYRON H. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544